IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL F. KISSELL,
    Plaintiff,
    v.
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS, and
PENNSYLVANIA STATE CORRECTIONS
OFFICERS ASSOCIATION,
    Defendants

Case No. 3:15-cv-58-KRG-KAP

## Memorandum Order

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636 and Local Civil Rule 72.

The Magistrate Judge filed Reports and Recommendations on February 25, 2016, ECF no. 36, and on March 21, 2016, ECF no. 42, recommending that the defendants' motions to dismiss at ECF no. 29 and ECF no. 38 be granted and the complaint dismissed without further leave to amend.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to each Report and Recommendation. Plaintiff filed timely objections at ECF no. 37 and ECF no. 43 that I have reviewed de novo and reject as meritless.

After de novo review of the record, the Reports and Recommendations, and the objections thereto, the following order is entered:

AND NOW, this 29th day of March, 2016, it is

ORDERED that defendants' motions to dismiss at ECF no. 29 and ECF no. 38 are granted. The complaint is dismissed without further leave to amend. The Reports and Recommendations at ECF no. 36 and ECF no. 42 are adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Michael F. Kissell
1027 Quincy Drive
Greensburg, PA 15601